IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM E. WEBSTER, III,<br>    Petitioner,<br><br>        v.<br><br>ERIC TICE, *et al.,*<br>    Respondents. | :<br>:<br>:<br>:   CIVIL ACTION NO.  20-476<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 30th day of June, 2020, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Timothy R. Rice, and Petitioner's objections thereto, it is hereby **ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for writ of habeas corpus is **DISMISSED** without an evidentiary hearing; and

3. There is no probable cause to issue a certificate of appealability.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
JEFFREY L. SCHMEHL, **J.**